# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARTOR BROWN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **UPPER DARBY POLICE DEPARTMENT** | : | **NO. 16-3555** |

## ORDER

AND NOW, this 16th day of August, 2016, upon consideration of plaintiff's motion to proceed *in forma pauperis* (Document No. 4) and amended complaint (Document No. 5), it is ORDERED that:

1. The motion to proceed *in forma pauperis* is DENIED as unnecessary.

2. The amended complaint is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

/s/ Legrome D. Davis
**LEGROME D. DAVIS, J.**